**Electronically Filed
Supreme Court
SCWC-23-0000290
21-JUN-2024
03:11 PM
Dkt. 29 ODAC**

SCWC-23-0000290

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————

IN THE MATTER OF THE ADOPTION
OF A MALE CHILD by CC and JC,
Respondents/Petitioners-Appellees.

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000290; CASE NO. 1AD221000013)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Natural Father-Appellant AM's Application

for Writ of Certiorari, filed on April 29, 2024, is hereby

rejected.

DATED: Honolulu, Hawai'i, June 21, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

